[No. 33316-3-II. Division Two. August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY
BURNHART, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 04-1-00325-5, Ronald E. Culpepper, J., en-
tered June 2, 2005. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 33356-2-II. Division Two. August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR W. EVANS,
*Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 04-8-00439-2, James E. Warme, J., entered
June 3, 2005. *Affirmed in part* and *remanded* by unpub-
lished opinion per Penoyar, J., concurred in by Houghton
and Bridgewater, JJ.

[No. 33498-4-II. Division Two. August 1, 2006.]

BRETT L. DURYEA ET AL., *Respondents*, v. MICHAEL E. WILSON,
*Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 04-2-02391-4, Theodore F. Spearman, J., en-
tered June 30, 2005. *Reversed* by unpublished opinion per
Penoyar, J., concurred in by Houghton and Bridgewater, JJ.
Now published at 135 Wn. App. 233.

[No. 33688-0-II. Division Two. August 1, 2006.]

THOMAS S. RAINEY ET AL., *Appellants*, v. THE WASHINGTON
STATE HORSE RACING COMMISSION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 04-2-00832-5, Richard A. Strophy, J.,
entered August 23, 2005. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Quinn-Brintnall, C.J.,
and Penoyar, J.